# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE CARLTON BROWN,<br><br>               Plaintiff,<br><br>    v.<br><br>WINN-REED, *et al.*,<br><br>               Defendants. | Case No. 1:19-cv-00240-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO STATE A CLAIM<br><br>(ECF No. 11) |

        Plaintiff Eugene Carlton Brown ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On July 17, 2019, the assigned Magistrate Judge issued findings and recommendations recommending that this action be dismissed for failure to state a cognizable section 1983 claim. (ECF No. 11.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 7.) Plaintiff filed objections on August 9, 2019. (ECF No. 12.)

        The Court finds that Plaintiff's objections are unpersuasive. As discussed in the Magistrate Judge's findings and recommendations, despite Plaintiff's allegations that his magazine subscriptions have been wrongfully confiscated, Plaintiff then alleges that the publications were ultimately placed on the Centralized List of Disapproved Publications in

1

compliance with CDCR regulations.  To the extent Plaintiff is challenging the placement of the publications on the Centralized List, Plaintiff has failed to demonstrate that the regulation is not reasonably related to legitimate penological interests.  See Turner v. Safley, 482 U.S. 78, 89–90 (1987).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 17, 2019, (ECF No. 11), are adopted in full;
2. This action is dismissed, with prejudice, due to Plaintiff's failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 23, 2020**               /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE