# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE CARLTON BROWN, | Case No. 1:19-cv-00240-LJO-BAM (PC) |
| Plaintiff, | Appeal No. 20-15376 |
| v. | ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |
| WINN-REED, *et al.*, | |
| Defendants. | |

Plaintiff Eugene Carlton Brown, ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On January 24, 2020, the Court dismissed this action for failure to state a claim. (ECF Nos. 15, 16.) On March 4, 2020, Plaintiff filed a notice of appeal. (ECF No. 17.)

On April 6, 2020, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3).

The Court finds that this appeal is not taken in bad faith and is not frivolous. Although the notice of appeal was docketed on March 4, 2020, beyond the thirty days provided by Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal is signed and dated February 10, 2020. (ECF No. 17.) There is no proof of service. Pursuant to the prison mailbox rule, and without the benefit of other information, the Court will treat Plaintiff's notice of appeal as filed as of February

1

10, 2020, the date it appears it was delivered to the prison authorities for mailing to the Court. See Houston v. Lack, 487 U.S. 266, 270 (1988); Douglas v. Noelle, 567 F.3d 1103, 1108–09 (9th Cir. 2009) (mailbox rule articulated in Houston applies to civil rights actions). Therefore, the appeal appears to be timely filed.

    Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: **April 7, 2020**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE